# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **CHRISTOPHER VAN HOLTON,**<br><br>    Plaintiff,<br><br>v.<br><br>**MOORE FREIGHT LINES, INC. and SENTRY SELECT INSURANCE COMPANY,**<br><br>    Defendants. | CASE NO. 7:08-CV-158 (HL) |

## ORDER

This case has been resolved through arbitration. Accordingly, Defendants' Motion in Limine (Doc. 31), Plaintiff's Motion in Limine (Doc. 36), and the parties Joint Motion to Stay (Doc. 37) are all denied as moot.

On May 25, 2010, the parties filed a Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). On May 26, 2010, the Clerk of Court filed a notice of error in the filing of the Joint Stipulation, and notified the parties that the document must be re-filed. The parties have yet to do so. The Court orders Plaintiff to file a new stipulation that complies with the Clerk's directions no later than July 1, 2010.

**SO ORDERED**, this the 29th day of June, 2010.

                                      *s/ Hugh Lawson*
mbh                                **HUGH LAWSON, SENIOR JUDGE**